NO. **1343-15**

FRANCISCO ARZATE                    §
    Appellant/Petitioner          §          IN THE COURT OF
 
v.                                  §          CRIMINAL APPEALS
 
THE STATE OF TEXAS                  §          OF TEXAS, AUSTIN
    Appellee/Respondent           §

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 03 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

### MOTION TO WITHDRAW PETITION FOR DISCRETIONARY REVIEW
### FILED BY AN UNAUTHORIZED ATTORNEY

COMES NOW, Francisco Arzate pro se, in this motion seeking

NOV 03 2015

Abel Acosta, Clerk

leave to withdraw the Petition for Discretionary Review filed

by J.Sidney Crowley, on or about the 15th day of October,2015.

In support of this motion for leave to withdraw this Petition,

the following is presented for this Honorable Court's consideration:

    J.Sidney Crowley was appointed by the trial court to represent

me on appeal of the capital murder conviction. From the very

beginning Crowley ignored all my correspondence and did not raise

the points of error which could lead to my aquittal. Ultimately,

the First Court of Appeals affirmed my conviction after review of

"ONE" ground.

    J.Sidney Crowley said he would file my PDR and it seemed I

had no choice in the matter. I wrote "many" letters to the Appeals

Courts regarding Crowley. He filed two PDR's which were dismissed

because of procedural errors. I brought this issue to this Court

of Criminal Appeals in a writ of habeas corpus. This Court found

that Crowley was ineffective and that I could file my out of time

PDR. "SOMEHOW", J.Sidney Crowley found out about this Court's

ruling and filed the PDR without my authorization!!! I had made

arrangements to file my own PDR since Crowley's raised no points

that would distinguish my case or move this Court to review it.

Once again Crowley has caused me problems because he takes it upon himself to act. It really appears that he works "for" the trial court to make sure that the conviction will not recieve a legtimate review by any court of appeals. He has continued to prevent my issues from being fully and fairly reviewed because of his unproffesional conduct and intelligent ineffectiveness.

I do not want his PDR considered by this Court! It is a cursory and mechanical pleading with no adequate representation of the fact that I was unlawfully convicted on "speculative interpretations" of fictitious facts.

WHEREFORE PREMISES CONSIDERED, Appellant/Petitioner moves this Honorable Court to order the Petition for Discretionary Review filed by J.Sidney Crowley on or about the 15th of October, 2015 be withdrawn and that Appellant/Petitioner be allowed to file his PDR pro se.

Respectfully submitted,

Francisco Arzate #1821766
3001 S. Emily Dr.
Beeville, TX 78102

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion for leave to withdraw Petition filed by J.Sidney Crowley has been mailed to the Harris County District Attorney's Office, and to Lisa C. McMinn, State Prosecutind Attorney, P.O.Box 12405,Austin, Texas,78711, by putting those documents in the McConnellUnit mailing system postage prepaid, first class, on this 29thday of October,2015.

Francisco Arzate #1821766